United States District Court
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

V.

Thomas Lee
**Defendant**

ORDER SETTING CONDITIONS
OF RELEASE AND BOND

Case No.: 05-CR-60

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUN 29 2005
P.M.
A.M.

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:
[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or
[X] Upon **Secured Appearance Bond** as provided herein.

#### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[X] 1. The defendant must remain in and may not leave the following areas without Court permission: _his residence on elec. monitoring; except court, atty visits & med. emergencies_

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _any members & associates of organized crime and only visitors w/ pre-approval by gov't._

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[ ] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _6/29_ and shall not apply for any other passport.

[ ] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
[X] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
[ ] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____;
[X] is subject to home detention with electronic monitoring with the following conditions: _See above; also PTS may conduct random home searches ____ for cell phones & other contraband_;
[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.
[X] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[ ] 6. Other Conditions: _deft consents to monitoring of phone conversations & will hire security to search home visitors._

#### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ _2,000,000_. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____;
[X] premises located at: _See attached_ owned by _____.
[X] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____.
[ ] Other Conditions _____

Lara Lee /s/ Lara Lee  Address: 14 Terrace Pl. Pelham Manor, NY 10803
Surety
Robert Lee /s/ Robert Lee  Address: 20 Galloway Ln. Cortlandt Manor, NY 10567
Surety
Laurie Lee /s/ Laurie Lee  Address: Same
Surety

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the **Standard Conditions of Bond** set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. **I am aware of the penalties and sanctions set forth on the reverse of this form.**

_____
Signature of Defendant

Release of the Defendant is hereby ordered on _June 29, 2005_

/S/ HON. N. GARAUFIS , USDJ

Distribution:   White-Original   Canary - Courtroom Deputy   Pink - Pretrial Services   Goldenrod - Defendant

## APPEARANCE BOND

Page 2 of 3

The undersigned defendant and surety or sureties each acknowledges that I/we and my/our personal representatives is/are jointly and severally bound to pay to the United States of America the sum of $_____.

The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $               ;

[ ] premises located at:                                owned by

encumbered with mortgages in the total outstanding amount of $

[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____.

[ ]

The conditions of this bond are that the defendant named above is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are released from the obligations of this bond.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void. However, if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

|  | Address | Date | Acknowledged Before |
|---|---|---|---|
| Defendant | | | _____ USMJ |
| John Lavecchia | 175 Croydon Rd, Yonkers, NY 10710 | | _____ USMJ |
| Surety | | | _____ USMJ |
| Lawrence DiGiansante | 145 Betsy Brown Rd, Rye Brook, NY 10573 | | _____ USMJ |
| Surety | | | _____ USMJ |
| Peter J. Piergiovanni | 1571 Hollywood Ave, Bronx, NY 10461 | | _____ USMJ |

Signed and acknowledged before me on ___June 29___, 2005   Approved by: _____, U.S.D.J.

Distribution:    White - Original    Canary - Courtroom Deputy    Pink - Pretrial Services    Goldenrod - Defendent

CR 05-060
USA v. Thomas Lee
   Properties

PAGE 3 of 3

| Address | Borough | Owner |
|---|---|---|
| 1225 Hollywood Ave | Bx | Lara + Tom Lee |
| 1571 Hollywood Ave | Bx | Lara + Tom Lee |
| 1237 Crosby Ave | Bx | Lara + Tom Lee |
| 1729 Colden Ave | Bx | Lara + Tom Lee |
| 14 Terrace Place | Pelham Manor | Lara + Tom Lee |