# KRONISH LIEB
## WEINER & HELLMAN LLP

Direct Dial: (212) 479-6223
E-Mail: scohen@kronishlieb.com

August 18, 2005

**ELECTRONICALLY FILED
AND BY FACSIMILE**

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Thomas J. Lee, et al.*
        Criminal Docket No. 05-0060 (S-2) (NGG)

Dear Judge Garaufis:

Last week, in your absence, Thomas Lee (with the consent of the government and Pre-trial Services) applied for and was granted a one-week suspension of the bail condition requiring that Mr. Lee remain on home confinement. Further, it was agreed that Mr. Lee would be permitted to travel outside the district. (Copies of Magistrate Judge Steve Gold's order and my application are attached).

Mr. Lee is still in the midst of resolving certain family issues that required his travel outside the New York area. Accordingly, with consent of the government and Pre-Trial Services, we ask that the suspension of Mr. Lee's home confinement be extended one additional week.

A proposed order has been enclosed for the court's consideration.

Very truly yours,

Steven M. Cohen

SMC:ldc

cc:   AUSA Thomas Seigel (via facsimile)
        Maggie Smuse, Pre-Trial Services Officer (via facsimile)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------ x
UNITED STATES OF AMERICA,           :   Cr. No. 05 Cr. 0060 (S-2) (NGG)

       Plaintiff,                  :

       vs.                         :   **PROPOSED ORDER**

THOMAS J. LEE, et al.,              :

       Defendants.                 :

------------------------------------ x

      Upon the application of the defendant, Thomas J. Lee, through his counsel, Steven M. Cohen, and for the reasons set forth in Mr. Cohen's letter to this Court dated, August 18, 2005, and his prior submission to Magistrate Judge Steven Gold dated August 11, 2005,

      It shall be and hereby is

      ORDERED that for one week beginning on Saturday, August 20, 2005, and ending on Saturday, August 27, 2005, defendant Thomas J. Lee (1) shall be permitted to travel outside the Eastern and Southern Districts of New York and that (2) shall not be subject to the bail condition requiring him to remain in his home. This Order shall expire on August 27, 2005, at which time the bail conditions discussed in this Order will once again apply to Mr. Lee.

      In entering this Order, I note for the record that the Government and Pre-Trial Services have no objection to these temporary modifications.

Dated: Brooklyn, New York
       August 18, 2005

                                                _____
                                                Honorable Nicholas G. Garaufis
                                                United States District Judge



# KRONISH LIEB
# WEINER & HELLMAN LLP

STEVEN M. COHEN
Direct Dial: (212) 479-6223
E-mail: scohen@kronishlieb.com

August 11, 2005

**VIA FACSIMILE**

Honorable Steven M. Gold
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   <u>United States v. Thomas J. Lee, et al.</u>
            Criminal Docket No. 05-0060 (S-2) (NGG)

Dear Judge Gold:

      This case is pending before Judge Nicholas G. Garaufis. I have been informed by Judge Garaufis's Courtroom Deputy that Judge Garaufis is not in Chambers and will not return until next week. Given the time sensitivity of this request, it was suggested that the application be referred to this Court.

      On June 24, 2005, defendant Thomas Lee was charged in the above referenced Indictment. Mr. Lee was released on a substantial bail package that included, among other things, the execution of a $2,000,000 bond secured by real property and co-signed by 5 individuals. In addition, Mr. Lee was placed on home confinement. On August 10, 2005, Mr. Lee entered a plea of guilty.

      In the wake of Mr. Lee's plea of guilty, I write to request a temporary one-week adjustment to Thomas Lee's bail conditions. Specifically, I seek permission for Mr. Lee to travel outside the area and, accordingly, to remove his obligation to remain at home. The travel would enable Mr. Lee to deal with family related issues. I have spoken to both the Government and to Mr. Lee's Pre-Trial Services Officer. I have explained to both the nature of Mr. Lee's family issues and the location of his proposed travel. The Government has no objection to this request, and Pre-Trial Services has stated that it will abide by the Government's position on this matter. I also understand that if this temporary modification is acceptable to the Court, then the Pre-Trial Services officer will with confer with the Government and Mr. Lee, and arrange for an appropriate telephonic reporting schedule for Mr. Lee.

1114 Avenue of the Americas, New York, NY 10036-7798
Phone: (212) 479-6000 • Fax: (212) 479-6275



Honorable Steven M. Gold
August 11, 2005
Page 2

      I have enclosed a proposed order for your consideration.

      Your consideration of this application is greatly appreciated.

                         Respectfully submitted,

                          Steven M. Cohen

SMC:ldc

Enclosure

cc:   AUSA Thomas Seigel (via facsimile)
       Maggie Smuse, Pre-Trial Services Officer (via facsimile)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------- x
UNITED STATES OF AMERICA,            :   Cr. No. 05 Cr. 0060 (S-2) (NGG)

        Plaintiff,                   :
                              **PROPOSED ORDER**
      vs.                              :

THOMAS J. LEE, et al.,               :

        Defendants.                  :

------------------------------------- x

      Upon the application of the defendant, Thomas J. Lee, through his counsel, Steven M. Cohen, and for the reasons set forth in Mr. Cohen's letter to this Court dated, August 11, 2005,

      It shall be and hereby is

      ORDERED that for one week beginning on Saturday, August 12, 2005, and ending on Saturday, August 20, 2005, defendant Thomas J. Lee (1) shall be permitted to travel outside the Eastern and Southern Districts of New York and that (2) shall not be subject to the bail condition requiring him to remain in his home. This Order shall expire on August 20, 2005, at which time the bail conditions discussed in this Order will once again apply to Mr. Lee.

      In entering this Order, I note for the record that the Government and Pre-Trial services have no objection to these temporary modifications/

Dated: Brooklyn, New York
       August 11, 2005

                                           Honorable Steven M. Gold
                                           United States Magistrate Judge