UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

**NOTICE OF APPEARANCE**

v.

05 CR 60 (NGG)

THOMAS J. LEE
-----------------------------------------------------------X

To: The Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that I have been retained to represent Thomas J. Lee in the above-captioned matter. I was admitted to practice in this Court in April, 1987.

Dated: New York, NY
      May 7, 2011

/S
_____
Joel S. Cohen (JC6998)
128 Mott Street, Suite 706
New York, NY 10013
Tel:    212-571-8899
Fax:    212-571-9557
Email:  jcesq99@aol.com