UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

**NOTICE OF CHANGE OF ADDRESS FOR**
**JOEL S. COHEN**

-----------------------------------------------------------X

To: The Clerk of the Court:

PLEASE TAKE NOTICE that as of March 1, 2012 my office address will be:

Joel S. Cohen, PC
225 Broadway, Suite 1203
New York, NY 10007

My telephone and fax numbers and my email address will not change.

                                          Joel S. Cohen (JC6998)
                                          225 Broadway, Suite 1203
                                          New York, NY 10007
                                          Tel:  212-571-8899
                                          Fax: 212-571-9557
                                          Email: jcesq99@gmail.com