Joel S. Cohen, PC<br>
35 Worth Street, 3rd Floor<br>
New York, NY 10013<br>
TEL:   212-571-8899<br>
FAX:   212-571-9557<br>
MOBILE:   914-500-7398<br>
EMAIL: jcesq99@gmail.com

General Counsel
International Police Association
Region 2 – New York

May 21, 2019

By email
Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

Re: United States. V. Thomas J. Lee
    Docket No 1:05-cr-00060-NGG-4

Dear Judge Garaufis:

I ask respectfully that Your Honor allow Mr. Lee to obtain a copy of the May 17 sentencing minutes in this matter, which you placed Under Seal.  I've discussed this application with AUSA Amy Busa who has graciously consented.

Thank you for considering this application.

Very truly yours,

/S

Joel S. Cohen (JC6998)

Commented [JC1]:
Commented [JC2R1]:

cc: AUSA Amy Busa